## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**     303-844-2527
  Judge

February 12, 2010

### MEMORANDUM

TO:      Greg Langham, Clerk

FROM:      Judge Babcock      s/LTB

RE:      Criminal Action No.  10-cr-00081-LTB
            United States of America v. Sinprasong

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp