UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  OPAS SINPRASONG,

 Defendant.

### ORDER

 This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Wednesday, March 31, 2010,** and responses to these motions shall be filed by **Monday, April 12, 2010.**  It is

 FURTHER ORDERED that a 10-day jury trial is set for **Monday, April 19, 2010, at 9:00 a.m. in courtroom A-1002.**

 Dated this 17th day of February, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief U. S. District Judge