UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OPAS SINPRASONG,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the status conference set for May 27, 2010 at 11:00 a.m. is **VACATED and RESET for Friday, May 28, 2010 at 11:00 a.m.**

    Dated: May 25, 2010