UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OPAS SINPRASONG,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The status conference set for Friday, June 4, 2010 at 8:30 a.m. is moved to **Friday, June 4, 2010 at 9:00 a.m.**

    Dated: June 2, 2010