UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  OPAS SINPRASONG,

Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for

Preliminary Order of Forfeiture (ECF No. 40).  The Court having read said Motion and

being fully advised in the premises finds that the motion should be granted.

Accordingly, it is

ORDERED that the United States' Motion for Preliminary Order of Forfeiture

(ECF No. 40) is **GRANTED.**

In accordance therewith, I make the following findings:

THAT the United States and defendant Opas Sinprasong entered into a Plea

Agreement and Statement of Facts Relevant to Sentencing, which provides a factual

basis and cause to issue a forfeiture order under 26 U.S.C. § 7301(a), 18 U.S.C. §

982(a)(6)(A), 8 U.S.C. § 1324(b), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal

Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States is required to seize

the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

a.      real property, including all attachments thereto, located at 3180 29th Street, Boulder, Colorado 80301;

b.      real property, including all attachments thereto, located at 3030 O'Neal Parkway, #R41, Boulder, Colorado 80301;

c.      a money judgment in the amount of $766,000.00, which represents proceeds traceable to the defendant's offenses is forfeited to the United States in accordance with 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), and 28 U.S.C. § 2461(c). Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

Dated:  November 12, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge