**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 10, 2011 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00081-WYD**        Counsel:

UNITED STATES OF AMERICA,                James O. Hearty
                                         Martha A. Paluch
            Plaintiff,

v.

**1.  OPAS SINPRASONG**,                    Michael S. Axt

            Defendant.

---

**SENTENCING**

---

**4:05 p.m.**      Court in Session - Defendant present (on-bond)

            **Change of Plea Hearing - Tuesday, October 26, 2010, at 9:00 a.m.
            Plea of Guilty - counts 11 and 57 of Indictment**

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

4:06 p.m.      Statement on behalf of Defendant (Mr. Axt).

4:07 p.m.      Statement on behalf of Probation (Mr. Kruck).

4:08 p.m.      Statement and argument on behalf of Government (Mr. Hearty).

4:16 p.m.      Statement and argument on behalf of Defendant (Mr. Axt).

4:28 p.m.      Statement on behalf of Defendant by his wife Ladda Sinprasong.

4:39 p.m.         Statement by Defendant on his own behalf (Mr. Sinprasong).

                  Court makes findings.

**ORDERED:**    Defendant's First Motion for Non-Guideline Sentence (doc. #44), filed January 27, 2011, is **GRANTED.**

**ORDERED:**    Defendant be **imprisoned** for **12** months and **1** day on each of counts 11 and 57, to be served concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility outside the state of Colorado.**

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each of counts 11 and 57, to run concurrently.

**ORDERED:    Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)     The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     The defendant shall make restitution in the total amount of $754,975.32 to the following victims:

| **Victims** | **Amount** |
| --- | --- |
| Thai Employees | $495,519.13 |
| Chadchan Sangsana | $ 14,099.00 |
| Internal Revenue Service (IRS)<br>Attn: MPU, Stop 151 (Restitution)<br>P.O. Box 47-421<br>Doraville, Georgia  30362 | $245,357.19 |

The $200 special assessment fee and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages. ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:**     Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     Defendant shall pay a **fine** of **$4,000.00** not later than thirty (30) days from today's date (February 10, 2011).

Pursuant to Rule 32.2 of the Federal rules of Criminal Procedure, and the defendant's admission to the forfeiture allegation contained in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, noted in the Plea Agreement.

**ORDERED:**     Defendant may surrender voluntarily as follows: **Report to the designated institution on or before 12:00 noon on the date designated by the Bureau of Prisons.**

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts (doc. #50), filed February 9, 2011, is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**4:57 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :52**