IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00081-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OPAS SINPRASONG,

      Defendant.

## ORDER

      Upon the motion of the United States of America, and for good cause shown, it is hereby

      ORDERED that Government's Motion to Dismiss (doc. #50), filed February 9, 2011, is **GRANTED.**  It is further

      ORDERED that Counts One through Ten; Twelve through Fifty-Six and Fifty-Eight through Fifty-Nine of the Indictment in the above-captioned case are dismissed with prejudice.

      Dated this <u>10th</u> day of February, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE