UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OPAS SINPRASONG,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

---

    THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets (ECF No. 51).  The Court having read said motion and being fully advised in the premises finds that the motion should be granted.

    In accordance therewith, I make the following findings:

    THAT the United States and defendant Opas Sinprasong entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

    THAT the substitute assets, identified below, belonging to defendant are to be forfeited in satisfaction of the defendant's forfeiture money judgment totaling $766,000.00.  As agreed upon by the parties in defendant's plea agreement, the

government does not seek to forfeit more than the $766,000.00 money judgment.

The substitute assets are more fully described below:

a.  Lot 5, Block 9, Second Addition to Martin Acres, City of Boulder, County of Boulder, State of Colorado.

Also known by street number as 370 South 43rd Street, Boulder, Colorado, 80303.

b.  Lot 6, GAPTER SUBDIVISION, according to the plat recorded thereof on file in the office of the County Clerk and Recorder of Boulder County, subject to restrictions, rights of way and easements of record, County of Boulder, State of Colorado.

Also known by street number as 1040 Gapter Road, Boulder, Colorado, 80303.

c.  Lot 20, Brookfield Subdivision, according to the plat recorded July 8, 1991, as Plan file No. P-25, F-1, Nos. 27 and 28, on Film 1581 as Reception No. 1124544, as amended by instrument recorded November 19, 1991 on Film 1702 as Reception No. 1143533, plus an undivided 1/32nd interest in and to Outlots A, E, F, G, I, K and L, Brookfield Subdivision, County of Boulder, State of Colorado: Together with an easement for the exclusive use of the surface of a portion of Lot 21 in said Brookfield Subdivision, being a strip of land 13 feet in width along the East line of Lot 21 and 40 feet in length along the North line of Lot 21 and lying at the Northeast corner of Lot 21, and is expressly limited to lawn and landscaping purposes subject only to the right of the owner of Lot 21 to come upon the surface for the purpose of maintaining and making repairs to the improvements erected upon Lot 21. This easement shall be considered an appurtenance to Lot 20 and a burden upon Lot 21.

Also known by street number as 1504 Lodge Court, Boulder, Colorado, 80303.

d.  Lot 7, Block 6, Heritage Subdivision Filing No. 2, County of Boulder, State of Colorado.

Also known by street number as 547 W. Lois Way, Louisville, Colorado, 80027.

e.  Lot 6, Block 2, Arapahoe Ridge, County of Boulder, State of Colorado.

      Also known by street number as 4725 McKinley Drive, Boulder, Colorado, 80303.

f.      Lot 33, Block 12, Heritage Subdivision Filing No. 1, County of Boulder, State of Colorado.

      Also known by street number as 234 South Washington Avenue, Louisville, Colorado, 80027.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that for good cause shown, the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets (ECF No. 51) is **GRANTED.**

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), defendant Opas Sinprasong's interest in the substitute assets identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall satisfy the defendant's forfeiture money judgment in the amount of $766,000.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the referenced substitute asset, and to entertain any third party claims that may be asserted in these proceedings.

Dated: February 22, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge